UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                  Docket No.: 14-M-403

       Plaintiff,                NOTICE OF APPEARANCE

  -against-

DORIS HENRIETTE YEMBE,

       Defendant.
-----------------------------------------------------------X

PLEASE TAKE NOTICE that JOSEPH FERRANTE does hereby enter his appearance on behalf of Defendant DORIS HENRIETTE YEMBE. Any and all correspondence, documents, notices and filings should also be forwarded to JOSEPH FERRANTE, ESQ. at 1393 Veteran's Memorial Highway, Suite 312 North, Hauppauge, New York 11788.

Dated: Hauppauge, New York
       May 5, 2014

                                                Respectfully submitted,

                                                Joseph Ferrante/JF-4405
                                                1393 Veteran's Memorial Highway
                                                Suite 312 N
                                                Hauppauge, New York 11788
                                                (631) 361-5360
                                                (631) 361-5365