UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

**UNITED STATES OF AMERICA**,              **NOTICE OF APPEARANCE**

   -against-                              Case# <u>**1:14-mj-00403-RML-1-Yembe, Doris, et. al**</u>

**DORIS YEMBE-HENRIETTE D'ANTONIO**

       Defendant.
----------------------------------------------------------x

      PLEASE TAKE NOTICE, that I have been retained by **Doris Henriette Yembe**, the above-named Defendant. I was admitted to practice law in the Appellate Division, Second Department on March 20, 1985, in the Eastern District of New York on November 24, 1989 and the Southern District of New York on October 24, 1989.


| | |
|---|---|
| NAME: | **LESLIE RENEE JONES, ESQ**. |
| SIGNATURE: | |
| BAR CODE: | LT7950 |
| FIRM NAME: | LAW OFFICES OF LESLIE JONES THOMAS, P.C. |
| ADDRESS: | 299 Broadway, Suite 1700 |
| | New York, NY 10007 |
| PHONE NO: | (212) 385-4840 (o); (212) 385-4844 (fax) (917) 418-5830 (cell) |
| E-MAIL: | LTHOMAS299@aol.com |