## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Joan M. Azrack**　　　　　**DATE : 7/24/14**

**DOCKET NUMBER: 14-403M**　　　　　LOG # : 11:19- 11:22

**DEFENDANT'S NAME :** Doris Yembe
　　✓ Present　　__ Not Present　　✓ Custody　　__ Bail

**DEFENSE COUNSEL :** Courtney Deavy / Leslie Jones Thomas
　　__ Federal Defender　　__ CJA　　✓ Retained

**A.U.S.A:** Justin Lerer　　　　　**DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** 　　　　　　(Language)

____ Hearing held.　　____ Hearing adjourned to ____

____ Defendant was released on ____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.　Code Type ____　Start 7/24/14　Stop 8/25/14

____ Order of Speedy Trial entered.　Code Type ____　Start ____　Stop ____

____ Defendant's first appearance.　____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for ____ @ ____ before Judge ____

**OTHERS :** ____