## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Ramon Reyes Jr.     **DATE:** 10/21/14

**DOCKET NUMBER:** 14 M 403     **LOG #:** 2:40-3:03

**DEFENDANT'S NAME:** Doris Yomba     3:31-3:33

✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL:** Leslie Jones Thomas

___ Federal Defender    ___ CJA    ✓ Retained

**A.U.S.A:** Justin Lerer     **DEPUTY CLERK:** S Mynen

**INTERPRETER:** _____ (Language) _____

*Status B/a/m* ___ Hearing held. ___ Hearing adjourned to ___

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered. Code Type___ Start 10/21 Stop 12/22/14

___ Order of Speedy Trial entered. Code Type___ Start___ Stop___

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Court ordered that deft be evaluated for mental compentcy. Counsel to submit propose order.