TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

---

FROM: 05176104
TO: Davi, Courtney
SUBJECT: FAX THIS TO JUSTIN ASAP
DATE: 11/06/2014 03:15:29 PM

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 12 2014 ★
BROOKLYN OFFICE

October 11 2014,

Dear Respected Justin David Lerer,

I hope this message finds you well. As usual, I am praying for you and wish you well.
This letter is to formally inform you that Leslie Jones is no longer authorized to have access to my case/file as of the above mentioned date.

She is no longer my legal counsel/representation therefore, she is not authorized to engage in any negotiations from this point forward.

Attached, a copy of the termination letter addressed to her for you records. This shall not affect the date of our next encounter as my counsel including Courtney K. Davy, which you have already met, will be in communication with you to further discuss my case.

May God Bless you Always,

Kind Regards.

Doris Henriette Yembe, Proud Follower of Jesus Christ

Pastor, Author & Evangelist * This Title is authorized as per I Corinthians Chapter 12 to 16

TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

---

FROM: 05176104
TO: Davi, Courtney
SUBJECT: LESLIE FIRED
DATE: 11/06/2014 12:53:29 PM

October 9th 2014

Dear Leslie Jones, I hope this letter finds you well, I am praying for you and hoping that the Lord is taking good care of you. The Bible says in Psalm 146:3-4" Do not put your trust in princes nor in the son of man, in whom there is no help. His spirit departs, he returns to his earth, in that very day, his plans perish. Which means no one is trustworthy but God . As human plan but can't Guarantee anything. Psalm 146:7 <<Who executes justices for the oppresses, who gives food to the hungry, the Lord gives freedom to the captives>>. I was expecting you to fulfill your promise to me to spend a 6 hours meeting with me regarding my case but unfortunately it never occurred.

Furthermore, you never show any sign of update or progress regarding my Legal Status, rather told me to go back to Canada which meant you weren't defending my interests as a client considering the reasons why I asked you to assist me.

To make matters worse, you showed up one hour late on August 14 2014 for the Proffer meeting and used inappropriate language and offended me. I have noticed that you are not interested in defending me , nor are you putting your heart into fighting for my life, I realize my life has no meaning nor importance to you, and my parents confirmed by telling me you wanted out of my case, as i am a burden to you, as I also notice you have a problem with my Christianity but God comes first for me.

I am releasing you from this horrible burden that I am and make you life easier, you are too busy for me, I understand, you have cases and things that are more important than my life, my interest and my freedom although it desolates me, I will no longer burden and bother your agenda.

I understand, I wish you the best in your career, and thank you for all your time, work and effort, I will to discuss with my family and peers a per agreeing on a payment for work done up to this point and as of today October 14th 2014, I want to appoint Courtney K. Davy as the attorney on my file and I will take it from there.

Furthermore, this case and my life is a confidential classified matter, therefore my decision as per legal counsel and representation is not to be discussed with other party than myself and my assigned counsel authorized to communicate on my behalf.

As of this day, no communication between your firm, your staff or yourself is authorized in regards of myself and my case with : Rosalie Moukoko, Bumani Yembe, Cecilia Yembe, Justin David Lerer, Brian Calica/Coluca pertaining tomy case prior written approval , signed and notarized by myself. I thank you in advance for not breaching my privacy

*This document has been fowarded to other parties to insure its fulfillment.

No hard feelings, May God bless and prosper you and all your cases, In Jesus Name, Amen

Doris Henriette Yembe

Proud follower of Jesus Christ

CC:
  Courtney K. Davy
  Justin David Lerer
  Assigned & Authorized Legal Counsel

TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

----------------------------------------------------------------------------------------

FROM: 05176104
TO:
SUBJECT: Removal of Leslie Jones-Ms.Yembe Court Release
DATE: 11/09/2014 06:24:38 PM

Dear Respected and Honorable Magistrate Judge Reyes, I thank you greatly for the opportunity and time associated to reading this urgent letter and handling this matter speedily. It was such a pleasure and honor to have met you on October 21st 2014. I want to thank you infinitely for your admirable charisma, your undeniable sense of ethics and remarkable professionalism. You answered questions for which I needed answers since April 29 2014 on the day of my arrest in Palm Beach. Leslie Jones Thomas has been retained for 100,000.00 and today on date of November 8th 2014,I still have never read my pre-trial interview report. She has visited me once for 20 minutes in June and I never saw her again ever since.

She was required to hire an investigator and an immigration lawyer as well as secure my asset as a reply to communication I received from Homeland Security but she never did, I ended up handling all the communication by myself from MDC Brooklyn. Lastly, she was engaged in Plea Negotiations without my consent nor has she consulted me regarding such, Justin David Lerer is the one who has been the most transparent in this case. Can you imagine that I currently trust, Justin David Lerer, my prosecutor more than my attorney Leslie Jones Thomas? This is definitely unheard of! To top it off, I feel like roles have been reversed as Leslie Jones was literally prosecuting me instead of defending me. I am diagnosed since 2011, with Border Line Personality disorder which symptoms involve serious trust issues. I do not trust Leslie at all! She has use very inappropriate language, prophanity and curses since August 2014. She also showed up one hour late for our proffer meeting on August 14 2014. She has not been transparent nor has she showed interest in representing me nor fighting for my life or interests.

On the day of the hearing of October 21 2014, prior to our hearing she has violently and harshly insulted my religious beliefs. I have been a Christian by faith since 2005 and was baptized on September 15 in MDC Brooklyn as I am pursuing my career as an ordained Pastor, Evangelist and Author and Criminal Lawyer in order to start a Prison Ministry and fulfill my assignments and commitment to the believers I will be assisting. She has used disturbing words which I prefer not to write or relate for matter of professionalism. Her lack of ethics and professionalism as well as transparency is currently being escalated by myself as well as with my Legal advisory team to the Federal Bar Association for these reasons, I request process status and request for Leslie Jones to be removed from my file immediately upon reception of this letter. I do not trust her to handle my case, my life nor any personal matter from this point on. I had terminated her on October 9th 2014 however she still showed up in court on October 21 2014.

I please request to be assigned proces status in Court,on Friday November 15 2014 in order to take on my case and further negotiate my court ordered release from Federal Custody as well as the Release of my assets. I will be consulting with a Legal advisory team however as of today I formally request proces status, my case has been dormant , neglected and I have suffered sever trauma from my unfair incarceration. We have solid and relevant evidence of my innocence as well as my good moral character but my interest have not yet been defended.

I was unfairly removed from United States in August 13 2013 after travelling to United States without any issue since 2001 with my family. I was removed under discrimination as per law 18 U.S.C&243, and I have prayed for God to grant me Justice since then daily and I trust that he will grant me a waiver a removal as per INA 212(C) and grant me my legal status as I deserve as LPR status, R8 Status or E2 VISA. I have hired immigration Lawyer since August 2012 in Canada the best law firm in Canada located in Toronto, Nirens & Associates, and they had advised to file a waiver jointly with a E2 VISA to dismiss the removal. However it required a US Corporation as well as an investment of a minimum 100,000.00. My Goal in starting My Corporation was to apply for the visa however, as mentioned on the hearing, Muslim partners have betrayed me and stolen from me and my clients and pray daily for Justice to be served, my Legal status to be granted and my Court ordered Immediate release as well as release of my hard earned assets.

While rootless criminals are still out there, murderers released on bail, child molesters, even CASEY ANTHONY who murdered her own daughter is free and I a woman of God , a hard working business woman with Border Line Personality is being neglected and treated like a criminal in a jail. I want justice, freedom and release for myself.

I want to negotiate restitution for myself and my clients who lost so much as well as me who is carrying the burden for all the victims as I am a victim myself.Please note that Border Line Personality is the result of sexual abuse , which I have been a victim from 2005 until 2008 ( from 15 years old to 18 years old) I have made mistake because my disease involve trusting the wrong people for the wrong reasons, I trusted my Muslim partner because I saw my goal of obtaining my legal status possible with them, They took my ambition for a weakness and used it to become their slave and fulfill their evil plans. While I am incarcerated, they are still out there stealing from society!

TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A
----------------------------------------------------------------------------------

STATISTICS(The numbers speak for themselves)

There are 11,000 act of violence on TV to which children are exposed yearly
There are 80,000 sexual assault in USA Yearly
There are 1,5 Million abortion yearly in USA
There are over 2,2M of incarcerated inmates for non-violent crimes but recidivism is increasing
There are 11 Million violent crimes yearly in USA.

There are more crimes in New York, Texas and California as states then in Canada as a country because our country focuses on rehabilitation as suppose to punishment.

Television and negative propaganda to children create a society with misbelief and sins leading to criminals, mainly for lack of proper education, good morals and mostly lack of financial stability due to low job employment.

My Goal was to come in USA as an investor, participate to the economy and create jobs. Without discussing details about my case, my income shows clearly my ability to perform as a sales person and a business woman.

I came in the country with 3000$ and generated an income as per the Government evaluation of 110,000.00 monthly from May 2013 to April 2014.

A study from the US Department of Justice,Child Pornography,Obscenity and Organized Crime in February 1988,found that neighborhoods with a pornography business experienced 40% more property crime and 500% more sexual offense than neighborhood without a pornography outlet.

As per W.Marshall, Use of sexually Explicit Stimuli by Rapist,Child Molesters and Non-Offenders,Journal of Sex Research 267,1998, .86% of convicted rapist said they where regular user of Pornography.It is,indeed a strong factor in sexual abuse of children as another study from W.Marshall, Report on Use of Pornography by Sexual Offenders,Report to the Federal Department of Justice,Ottawa ,Canada,1983 showed that 77% of offenders who molested boys and 87% of the offender who molested girls where regular users of hard-core pornography.

Judging by the result of such , 80,000 sexual assault are generated yearly in United States, not to forget regular TV such as HBO showing crude nudity on non-pornographic program to which young children are also exposed.

Your Honor, I am a business woman , who suffered from sexual abuse since the age of 15 years old, I know what it feels like. My first offender was 21 years old, it was statutory rape, I had never been exposed to sexual intercourse before him, he was studying psychology and totally took control of me, he was a Muslim. After him my second offender was at the age of 17 he was 23, another Muslim offender. I was not only a victim of sexual abuse in both cases , as well as emotional abuse but I the second case, I also suffered a traumatic abortion after which I developed severe insomnia at 18 years old, I was sexually abused by a family member and these events led to Border Line personality disorder which is the manifestation of sexual abuses as per: SURVIVING A BORDERLINE PARENT-HOW TO HEAL YOUR CHILDHOOD WOUNDS,&BUILD TRUST,BOUNDERIES &
SELF-ESTEEM, by Kimberlee Roth and Freda B. Friedman, PhD LCSW.

The symptoms are

Impulsive and self harming behaviors (constant exposure to Muslim offenders)
Promiscuous sex
Self-Injuring behaviors
Anxiety
Trust Issues

(See the medical records provided on Oct 21 2014 as well as release records of incarceration from Dr.Cohen)

My impulsiveness led me to the deportation as well as trusting business partner who ended up fooling me.
However, I have been under therapeutic treatment by Myrtis Fossey who diagnosed me. My incarceration
is causing severe damages as I am going through humiliating and traumatizing strip search for family visit, legal visits and court hearing which triggers my sexual abuse memories.

I am an asset to the United States and not a threat. I seek not only to help this country track down the Network whom I am a

Case 1:14-mj-00403-RML   Document 20   Filed 11/20/14   Page 5 of 9 PageID #: 54

TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A
--------------------------------------------------------------------------------

victim of along with my clients who filed the complaint against me , but I also seek restitution for me and them.

I want to request a court ordered release of my person as well as all my assets.
Prior to my arrest, I was working with H&R Block to file my taxes but was interrupted by my arrest.

I seek to file my taxes upon my release and close Wall Street Investing Group and all subsidiaries to start my Ministry.

The Ministry would involve:

Online Ministry- Subscriptions and promotion of Christian products, Motivational Conferences,books, news,christian counseling services and online magazines.

TV Ministry- TV Preaching,promotion of online subscription,books,news,public speaking ,motivational conferences,talk show,guest appearance,cookshow

Radio Ministry-Talk Show,preaching,couseling,promotion of materials (same as above)

Book writing- Education on Christian Living,testimonies and Real life stories and magazines, cookbooks,newspaper

Movie Production- Production of published materials

Music Ministry- Concert sale of MP3 Songs/CD's

Events Planning- High Society event such as benefits, fundraisers, marathon, opera, ballets, orcheter,jazz,theater,yacht parties, catering events

The Market Study

*Ministries*

T.D Jakes Ministries (Potter House)
Joyce Meyers
Master Potter Ministries

*Christian Movie Production*

Heaven is for Real Movie
The Passion of Christ
Noah

*Christian products*

The Sale of Bibles -The Bible is the book with the highest sales worldwide

This demonstrate that this market is highly profitable.The purpose of this demonstration is to advise that
my ministry will be used to help society and to create restitution for the stolen funds to be returned to my clients(the victims including myself as a victim used by skilled offenders:the Muslims)

The Ministry will educate the society , promote rehabilitation and peace to psychologically impact positively and influence positive behaviors and decrease negative behavior promoted by negative propaganda.
Rob Bell, a renown pastor,author of several New York bestsellers is listed among the top 100 most influential people in the world.

The second division of the Ministry would be a Non-Profit organization focused on

Orphans of War (Therapy, education, Career)
Felons and Prisoners (Therapy, education,career)
Victims of Sexual Assault (Therapy, education, career)
Patient of Incurable diseases (Payment of treatment, traveling accomodation,Therapy,education,career)

TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

----------------------------------------------------------------------------------------

Which would provide :

- Psychological assistance
- Education and Career Assistance
- Lodging

Exit Strategy: Get loans to cover expenses and fees

Start-up Capital:

To Hire US Staff and establish the corporation structure
*Legal Assistance*

Sale of Assets:

- Porsche Boxter
- Royal Saxon Condominium

Expense: Human Resources, salaries, Health Plans, office supply, operation, marketing, advertising, sales

Staff: Recent Graduates with Student Loan
    Laid off Professional
    Felons with degree

The Non-Profit Organization is financed by the Ministry, here is important facts about incurable disease which also results from sexual assault :

As per the center of disease control and Prevention, semiannual HIV/AIDS Surveillance Report from case report to CDC through December 31 1997, HIV infections and AIDS is the second leading cause of death among adult ages of 25-44 ( 641,086 AIDS cases reported) as well as 8,086 AIDS CASES REPORTED IN CHILDREN UNDER AGE 13. 30,6 Million people have died from AIDS since the start of the epidemic, 11,7 have died from AIDS

TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

---

FROM: 05176104
TO:
SUBJECT: Court Ordered Release of MS.Yembe and her Assets
DATE: 11/09/2014 06:22:22 PM

8 millions of children under age 15 have lost their mothers to HIV/AIDS as per the Joint United Nations Programme on HIV/AIDS.

This society needs help, assistance, jobs and rehabilitation, as the lack of jobs create financial distress and financial distress leads to crime as mean of survival. I am an asset to this country and not a threat.

PROPOSAL:

I request a social security number to be provided as well as a permanent legal status waiving the removal from August 13 2012 in order to file taxes for Wall Street Investing Group, shut the corporation and legally register the Ministry and the Non-Profit Organization.

I request for all my asset to be released in order for the ministry to be started, the Porsche Cayenne will be used for transportation and the funds from Citibank for about 16,000-19,000 will be used for therapy for the Border Line Personality Disorder, for lodging , for payment of legal assistance and education

Ordain as a Pastor and Evangelist
Harvard Business School- Online degree Strategic Management
Law degree upon completion of the above.

I offer to be monitored for the next 7-10 years by the Government of United states, for taxes to be filed yearly, and books to be filed by H&R Block quarterly with 10% payable to the United Stated for Restitution of victims until restitution is completed with option of payment prior to the end of the 7-10 years period.
Pre-payment shall not affect the supervision period
The 10% Restitution shall not be taxable as considered debt, The 90% remaining shall be taxable.

This opportunity would grant me my release, which will benefit the United States, and I also would be used to collaborate with the United States in order to track the true offenders, and the monitoring would ensure that all the terms are respected.
The legal status would eliminate the flight risk, although as per Judge Raymond Fisher in Arizona, there is no evidence that undocumented aliens correlates with flight risk, the social security and legal status will help the United States track the income, insure restitution and avoid illegal activities and solve the problem for both parties, it would be a win-win situation.

I thank you for accepting, evaluating and receiving my request and granting me a second chance to prove you that I am an asset and not a threat, Please offer me this opportunity to realize my American dream while helping many other fulfill their dreams, that's why I came to America because I heard that you promote peoples dream. our Dreams come from God, please do this for God dear Judge , not even for me. I thank you for your time and professionalism and am looking forward to meeting you next week.

Kind Regards

May God Bless you.

Proverbs 15:22 : Plan fail for lack of counsel but with many advisers they succeed.

Doris Henriette Yembe
Proud Follower of Jesus Christ
Pastor, Evangelist & Author as per the Bible 1 Corinthians chapter 12 to 16

Dear Honorable Magistrate Judge Ramon. E. Reyes:

I'm writing this letter for a insight of my Christian Sister Doris Yembe. I thank you for your time from your busy day to read this.

Even though Doris is in this circustances, She is trying her best. I see her study Chinese, help new comings, learn from others and support depress souls around our unit, MDC 6N. She shares her smile with me and others everyday. Her positive, strong and kind heart influence people around her grantly.

I'm living with her since June 4th 24/7. She comfort and encourage me since the first day I came. Although, She is also suffering from her own case, remorse for her mistakes, she still keep smiling and hold my hand and give me faith and hope. I had some prg prayer meetings with her, I saw her pray a lot with tears of regrets.

She is a brave and intellegent girl with a good heart. She doesn't belong here! And, I believe She'll be even better when she walk out. People learn from mistakes. With this big lesson for her, She'll learn from it and will not do it again. She speaks several languages; she had good education; She has a supportive family; She has a lot of good characters. Therefore, I hope she can go back to society and be useful for more people around her as soon as possible.

Your honor, English is not my first language. I'm afraid my limited vocabulary is not enough for me to describe the good

Characters of this pretty, smart, nice, young lady. I pray and ask you to forgive her mistakes and give her a chance to have good influence for other people in the society.

kind Regards
May God bless you!
Fangquan Deng