UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES                      14 M 403 (RML)

V.                                    <u>ORDER</u>

DORIS YEMBE

---

Robert M. Levy, U.S.M.J.

       Upon the application of Deborah Colson, counsel for Doris Yembe, IT IS HEREBY ORDERED, that the Metropolitan Detention Center allow Ms. Yembe, Registration # 05176-104, to wear her street clothes to the court appearance on December 22, 2014.

Dated:      New York, N.Y.
               December 17, 2014

SO ORDERED:

*/s/ Robert M. Levy*
Robert M. Levy
United States Magistrate Judge

15493