**COLSON & HARRIS LLP**

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

December 23, 2014

Honorable Robert Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:    *United States v. Doris Yembe,* 14 M 403

Dear Judge Levy:

    On November 26, 2014, the Court requested that the MDC make a "reasonable accommodation" for Ms. Yembe because she suffers from extreme anxiety during strip searches. It is my understanding, based on communications with the MDC, that the Court's request was denied because it was not accompanied by a formal order. In light of the denial, attached please find a proposed order directing the MDC to refrain from strip searching Ms. Yembe.

    Thank you for your consideration of this matter.

                      Very truly yours,

                      /s/

                      Deborah Colson
                      (212) 257-6455

cc:    AUSA Justin Lerer
        Doris Yembe

Enclosure

15599.docx

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES    14 M 403 (RML)
                 ORDER

      v.

DORIS YEMBE
-------------------------------------------------------x
Robert M. Levy, U.S.M.J.

      Doris Yembe has a history of sexual abuse and has been diagnosed with bi-polar disorder. As a result of her history, she suffers from extreme anxiety during strip searches.

      Upon application of Deborah Colson, counsel for Ms. Yembe, IT IS HEREBY ORDERED, that the Metropolitan Detention Center refrain from strip searching Ms. Yembe, Registration #05176-104, except where such searches are necessary to maintain the security of the facility.

Dated:    New York, N.Y.
          December 23, 2014

SO ORDERED:

_____
Robert M. Levy
United States Magistrate Judge

15599.docx