UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES

        v.

DORIS YEMBE
-----------------------------------------------------------x

14 M 403 (RML)
ORDER

Robert M. Levy, U.S.M.J.

       Doris Yembe has a history of sexual abuse and has been diagnosed with bi-polar disorder. As a result of her history, she suffers from extreme anxiety during strip searches.

       Upon application of Deborah Colson, counsel for Ms. Yembe, IT IS HEREBY ORDERED, that the Metropolitan Detention Center refrain from strip searching Ms. Yembe, Registration #05176-104, except where such searches are necessary to maintain the security of the facility.

Dated: Brooklyn
~~New York~~, N.Y.
December 23, 2014

SO ORDERED:

_____
Robert M. Levy
United States Magistrate Judge

15599.docx